# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, *et al.*

V.

REGAN BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved Illinois corporation and JEREMY BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved Illinois corporation

07CV6162
JUDGE PALLMEYER
MAG. JUDGE BROWN

Magistrate Judge: _____

TO: Jeremy Bruski, d/b/a BB Excavating, Inc.
3805 Standish Road
Marengo, IL  60152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

Date  OCT 3 1 2007

State of Illinois

US District Court of IL/Northern District
Docket No. 07 CV 6162

County of McHenry

### AFFIDAVIT OF SERVICE

**GLENN C. OLSON** deposes and says that is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On **November 7, 2007 at 3:15 PM** by serving a true and correct copy of the attached Summons and a copy of the Complaint or Petition on **Jeremy L. Bruski** as shown below:

**Substitute Service** was made by leaving a true and correct copy of this **Summons and a copy of the Complaint or Petition** at the usual place of abode of Jeremy L. Bruski with a person residing therein, to wit: **Regan M. Bruski**, spouse, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at **3805 Standish Road, Marengo, IL 60152**.

Furthermore, I caused to be mailed (first class postage fully prepaid) a copy of the Summons and a copy of the Complaint or Petition in a sealed envelope addressed to **Jeremy L. Bruski**, 3805 Standish Road, Marengo, IL 60152; Copy mailed on November 7, 2007.

**DESCRIPTION of Person Served:** Female/White, Date of Birth: 5/29/1975;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

NOV 1 2 2007

_____, _____
Dated

_____
Glenn C. Olson

*State of Illinois License 115-00783/Wisconsin 8045*   *Agency Certificate 117-00516/Wisconsin 15014*