## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, *et al.*

V.

REGAN BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved Illinois corporation and JEREMY BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved Illinois corporation

**07CV6162**
**JUDGE PALLMEYER**
**MAG. JUDGE BROWN**

Magistrate Judge: _____

TO:  Regan Bruski, d/b/a BB Excavating, Inc.
     3805 Standish Road
     Marengo, IL  60152

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

> Catherine M. Chapman
> Beverly P. Alfon
> Cecilia M. Scanlon
> BAUM SIGMAN AUERBACH & NEUMAN, LTD.
> 200 West Adams Street, Suite 2200
> Chicago, IL 60606-5231
> (312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk
(by) Deputy Clerk

Date  OCT 3 1 2007

**State of Illinois**

**US District Court of IL/Northern District**
**Docket No. 07 CV 6162**

**County of McHenry**

### AFFIDAVIT OF SERVICE

**GLENN C. OLSON** deposes and says that he is a registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and is therefore authorized, pursuant to the provisions of Chapter 735, "Code of Civil Procedure", Section 5/2-202, Illinois Compiled Statues, to serve process in the above cause, and that the defendant was served in the following manner:

On Wednesday, November 7, 2007 at 3:15 PM by leaving a true and correct copy of the attached Summons and a copy of the Complaint or Petition with REGAN M. BRUSKI as shown below:

**Personally** served a copy of the Summons and a copy of the Complaint or Petition, by giving a copy to the within named **REGAN M. BRUSKI** at 3805 Standish Road, Marengo, IL 60152.

DESCRIPTION of Person Served: Date of Birth: 5/29/1975; Sex: Female; Race/Skin Color: White;

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____    _____
Dated                                                          Glenn C. Olson