**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | |
| REGAN BRUSKI, an individual, d/b/a BB ) | NO. 07 C 6162 |
| EXCAVATING, INC., a dissolved corpora- ) | |
| tion and JEREMY BRUSKI, an individual, ) | JUDGE REBECCA R. PALLMEYER |
| d/b/a BB EXCAVATING, INC., a ) | |
| dissolved corporation, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, REGAN BRUSKI, an individually, d/b/a BB EXCAVATING, INC., a dissolved corporation, and JEREMY BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved corporation, in the total amount of $24,864.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $417.50.

On November 7, 2007, the Summons and Complaint was served on Defendant Regan Bruski, an individual, d/b/a BB Excavating, Inc., a dissolved corporation, personally, at her residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Regan Bruski's answer was due on November 27, 2007.

On November 7, 2007, the Summons and Complaint was served on Defendant Jeremy Bruski, an individual, d/b/a BB Excavating, Inc., a dissolved corporation, by tendering a copy of said documents to his spouse, Regan Bruski, at his residence (a copy of the Summons and Affidavit of

Service is attached hereto). Therefore, Defendant Jeremy Bruski's answer was due on November 27, 2007.

As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\BB Excavating\motion for default judgment.bpa.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 4th day of December 2007:

      Ms. Regan Bruski, d/b/a BB Excavating, Inc.
      3805 Standish Road
      Marengo, IL   60152

      Mr. Jeremy Bruski, d/b/a BB Excavating, Inc.
      3805 Standish Road
      Marengo, IL   60152

      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\BB Excavating\motion for default judgment.bpa.df.wpd