IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| REGAN BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved corporation and JEREMY BRUSKI, an individual, d/b/a BB EXCAVATING, INC., a dissolved corporation, | ) ) ) ) ) ) | NO. 07 C 6162<br><br>JUDGE REBECCA R. PALLMEYER |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Ms. Regan Bruski, d/b/a BB Excavating, Inc.          Mr. Jeremy Bruski, d/b/a BB Excavating, Inc.

3805 Standish Road                                                      3805 Standish Road
Marengo, IL   60152                                                     Marengo, IL   60152

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **11th** day of **December 2007** at **8:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Rebecca R. Pallmeyer, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2119, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 4th day of December 2007:

      Ms. Regan Bruski, d/b/a BB Excavating, Inc.
      3805 Standish Road
      Marengo, IL   60152

      Mr. Jeremy Bruski, d/b/a BB Excavating, Inc.
      3805 Standish Road
      Marengo, IL   60152

      /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\MOEJ\BB Excavating\notice of motion.bpa.df.wpd