# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6162 | **DATE** | 12/11/2007 |
| **CASE TITLE** | William E. Dugan, et al vs. Regan Bruski, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry of default and judgment [10] granted. Judgment is entered in the total amount of $25,281.50 against the Defendants, Regan Bruski, an individually, d/b/a BB Excavating, Inc., and Jeremy Bruski, an individual, d/b/a BB Excavating, Inc., and in favor of the Plaintiffs. Plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder. The Court hereby retains jurisdiction of this case and all of the parties hereto for the purpose of enforcing this Order. Enter Judgment Order. Status hearing set for 1/8/2008 is stricken.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|